Defendant:
Yan Zhang, MD
3665 Bilberry Road
San Bernadino, CA 92407
Tel: 909-270-1830
Email: yanmdphd@yahoo.com

FILED
CLERK, U.S. DISTRICT COURT
AUG 1 5 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

FEE PAID

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

EDCV25-02140-MEMF-SSS(DTBx)

| | |
|---|---|
| OPEN DOOR PROPERTY TRUST I<br>A DELAWARE STATUTORY TRUST<br><br>Plaintiff<br><br>vs.<br><br>YAN ZHANG, DOES 1-5<br>Defendant | Case Number:<br>(formerly San Bernadino County Superior Court Case No. LLTSB2400104)<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION TO DISTRICT COURT PURSUANT TO 28 U.S.C. SECTION 1332, 1441 AND 1446 [DIVERSITY JURISDICTION]**<br><br>**DEMAND FOR JURY TRAIL [Fed.R.Civ.Proc., Rule 38(a)]**<br><br>Complaint filed: 10/09/2024 |

**TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNIES:**

**PLEASE TAKE NOTICE** that defendant Yan Zhang hereby removes to the United States District Court for the Central District of California, the state action described below:

1.On 10/09/2024, the Plaintiff Open Door Trust I, a Delaware statutory trust filed a case of unlawful detainer case against this defendant Yan Zhang at San Bernadino Superior Court, State of California. Their attorney is Sadara DeVonne, SBN 297923. The case name is " Open Door Trust I, a Delaware statutory trust vs Yan Zhang DOES 1-5 with case number LLTSB2400104.

2.The plaintiff left the summon on the defendant's door at: 3665 bilberry road, San Bernadino, CA 92047 on Dec 31st, 2025.

## BASIS FOR REMOVAL

3. A civil action brought in state court of which the federal court has original jurisdiction may be removed to the district court for the district embracing the place where such action is pending. 28 U.S.C. § 1441(a). Federal courts have jurisdiction over controversies before "citizens of different States," pursuant to 28U.S.C. § 1332 (a)(1) and Article III, Section 2, of the U.S. Constitution. *Navarro Sav. Assn. v. Lee*, 446 U.S. 458, 460-61 (1980). Diversity jurisdiction exists when the amount in controversy exceeds $75,000, exclusive of interest and costs, and the parties are citizens of different states. 28 U.S.C. § 1332(a). "Diversity jurisdiction, including the amount in controversy, is determined at the instant of removal. *"Kenneth Rothschild Trust v. Morgan Stanley Dean Witter*, 199 F.Supp.2d 993, 1000 (C.D. Cal. 2002).

4. In this case, the plaintiff Open Door Trust I is a Delaware company. The defendant Yan Zhang is a resident in San Bernadino County, State of California. The diversity of citizenship surely exists.

## AMOUNT OF CONTROVERSY EXCEED $75,000

5. Open Door not only seeks the possession of the property at 3665 bilberry road, San Bernadino, CA 92407, but also seek a damage of $700/day. Even though they admitted it is extremely unreasonable, yet by their calculation the amount they are seeking is now over 2 million.

## YAN ZHANG IS THE ONLY DEFENDANT

6. Yan Zhang is the only one who lived at 3665 bilberry road, San Bernadino, CA 92407. There is no other defendant. Therefore, no other defendant's approval of removal is needed.

## A CASE AGAINST THE PLAINTIFF BY THIS DEFENANT WILL BE FILED, CONSOILDATION IS PROPER.

7.Since the plaintiff filed this case as an unlawful detainer, which does not usually allow counter claim in the state court. The defendant has to file a separate case against plaintiff. The most appropriate court for my claim is the federal court for the following reasons:

a. The defendant's claim against open door is: fraud, receiving kicks backs, forceful removal of the defendant. This defendant alleged that open door has inserted fraudulent and unreasonable charges during the escrow process and under-paid this defendant between $75,000-$100,000. They have also received kick back from the Sunnova solar company and LC equity, the 2nd mortgage. This is a recent discovery due to Sunnova's bankruptcy filing. Therefore, the defendant was forced to become a co-owner of this property, and have every right to live in the property.

b. The defendant's claim of fraud and kick back is a federal question, and should be heard on the federal court.

c. The diversity of citizenship exists.

d. The amount of controversy exceeds $75,000.

e. Open Door has been fined by Federal Trade Commission and ordered to pay the defrauded home owners. The damage open door caused me is very similar to what the federal trade commission has described. Paying less than promised. I also found out they are getting kickbacks from Sunnova solar company and possibly LC equity, which is my 2nd mortgage.

**CONSOILATION OF CLAIMS FROM BOTH SIDE IS PROPER.**

8.Considering the defendant's claim is that I am a partial owner of this property due to open door's underpaying, fraudulent charges, kick back received, it is improper to rush this case as an unlawful detainer. Significant discovery is needed, depositions are needed, business records are being subpoenaed. It is proper to consolidate these two claim into one case and be heard at the federal court together.

**THE DEFENDANT WILL SUFFER IRRPAIABLE HARM IF UNLAWFUL DETAINER CASE GOING FORWARD WITHOUT DISCOVERY.**

9. If the case going forward without the defendant obtaining necessary evidence to prove her claim, the defendant is very likely to suffer irreparable harm from their one-sided story.

## CONCLUSIONS

WHEREFORE, Defendant respectfully requests that this action now pending against it in the Superior Court of the State of California, County of San Bernardino, be removed to this Honorable Court. The defendant also respectfully requests to consolidate this case with a claim that she will file against Open Door Trust I into one case.

Date: 08/15/2025

Respectfully Submitted: ______________
Yan Zhang, MD
Defendant, Pro Se

## DEMAND FOR JURY TRIAL

Defendant Yan Zhang hereby demands a trial by jury, pursuant to Rule 38, subdivision (a), of the Federal Rules of Civil Procedure.

Date: 08/15/2025

Respectfully Submitted: ____________
Yan Zhang, MD
Defendant, Pro Se

SUM-130

# UMMONS—EVICTION
## ˈIÓN JUDICIAL—DESALOJO)
### R / FORCIBLE DETAINER / FORCIBLE ENTRY
### . UN INMUEBLE / RETENCIÓN FORZOSA / ENTRADA FORZOSA)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

10/9/2024

By: Matthew Stutte, DEPUTY

**DEFENDANT:**
***(AVI ... L DEMANDADO):***
Yan Zhang, DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
Opendoor Property Trust I, a Delaware Statutory Trust

| | |
|---|---|
| NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. If this summons was served through the Secretary of State's Safe at Home address confidentiality program, you have 10 days from the date of service, not counting Saturdays and Sundays and other judicial holidays, to respond.<br><br>A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courts.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.<br><br>There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (*www.lawhelpca.org*), the California Courts Online Self-Help Center (*www.courts.ca.gov/selfhelp*), or by contacting your local court or county bar association. | *¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante. Si la presente citación le ha sido entregado a través del programa de dirección confidencial del Secretario del Estado Seguro en Casa, tiene 10 días después de la fecha de entrega, sin contar sábado y domingo y otros días feriados del tribunal, para responder.*<br><br>*Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.*<br><br>*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpca.org/es), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local.* |
| **FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. | ***EXENCIÓN DE CUOTAS:*** *Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.* ***AVISO:*** *Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier monto de $10,000 ó más recibido mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso.* |

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*
San Bernardino Superior Court, 247 W. Third Street, San Bernardino, CA 92415

CASE NUMBER *(número de caso):* LLTSB2400104

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Sadara DeVonne, 1230 Rosecrans Avenue, Suite 300, Manhattan Beach, CA 90255

**SUM-130**

| PLAINTIFF *(Name):* Opendoor Property Trust I, a Delaware Statutory Trust | CASE NUMBER: LLTSB2400104 |
|---|---|
| DEFENDANT *(Name):* Yan Zhang, DOES 1-5 | |

3. *(Must be answered in all cases)* An **unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415)** [x] did **not** [ ] did **for compensation give advice or assistance with this form.** ***(If plaintiff has received any** help or advice for pay from an unlawful detainer assistant, complete item 4 below.)*

4. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:
   d. County of registration:
   e. Registration no.:
   f. Registration expires on *(date)*:

Date: *(Fecha)* 10/9/2024 Clerk, by *(Secretario)* /s/ Matthew Stutte , Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons *(form POS-010).)*

[SEAL]

5. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [x] as an occupant.
   d. [x] on behalf of *(specify):* All Unknown Occupants
   under [ ] CCP 416.10 (corporation). [ ] CCP 416.60 (minor).
   [ ] CCP 416.20 (defunct corporation). [ ] CCP 416.70 (conservatee).
   [ ] CCP 416.40 (association or partnership). [ ] CCP 416.90 (authorized person).
   [ ] CCP 415.46 (occupant). [ ] other *(specify):*
   e. [ ] by personal delivery on *(date):*



**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

Print this form Save this form Clear this form

UD-100

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: 297923<br>NAME: Sadara DeVonne<br>FIRM NAME: DeVonne Law<br>STREET ADDRESS: 1230 Rosecrans Avenue, Suitte 300<br>CITY: Manhattan Beach STATE: CA ZIP CODE: 90266<br>TELEPHONE NO.: 310-936-2868 FAX NO.: 310-347-4411<br>EMAIL ADDRESS: sadara@devonnelaw.com<br>ATTORNEY FOR (name): Opendoor Property Trust I, a Delaware Statutory Trust | FOR COURT USE ONLY<br><br>ELECTRONICALLY FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br>10/2/2024 1:27 PM<br>By: Jordyn Drake, DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino<br>STREET ADDRESS: 247 W. 3rd Street<br>MAILING ADDRESS: 247 W. 3rd Street<br>CITY AND ZIP CODE: San Bernardino 92415<br>BRANCH NAME: San Bernardino District | |
| PLAINTIFF: Opendoor Property Trust I, a Delaware Statutory Trust<br>DEFENDANT: Yan Zhang<br>[x] DOES 1 TO 5 | |
| **COMPLAINT—UNLAWFUL DETAINER***<br>[x] **COMPLAINT** [ ] **AMENDED COMPLAINT (Amendment Number):** | CASE NUMBER:<br>LLTSB2400104 |

**Jurisdiction** ***(check all that apply):***

[ ] **ACTION IS A LIMITED CIVIL CASE (amount demanded does not exceed $35,000)**

**Amount demanded** [ ] **does not exceed $10,000**

[ ] **exceeds $10,000**

[x] **ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $35,000)**

[ ] **ACTION IS RECLASSIFIED by this amended complaint or cross-complaint** ***(check all that apply):***

[ ] **from unlawful detainer to general unlimited civil (possession not in issue).** [ ] **from limited to unlimited.**

[ ] **from unlawful detainer to general limited civil (possession not in issue).** [ ] **from unlimited to limited.**

1. *PLAINTIFF (name each):*
   Opendoor Property Trust I, a Delaware Statutory Trust

   *alleges causes of action against DEFENDANT (name each):*
   Yan Zhang

2. a. Plaintiff is (1) [ ] an individual over the age of 18 years. (4) [ ] a partnership.
   (2) [ ] a public agency. (5) [ ] a corporation.
   (3) [x] other *(specify):* a Delaware Stautory Trust

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. a. *The venue is the court named above because defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):*
   3665 Bilberry Rd. San Bernardino, CA 92407

   b. The premises in 3a are *(check one)*
   (1) [x] within the city limits of *(name of city):* San Bernardino
   (2) [ ] within the unincorporated area of *(name of county):*

   c. The premises in 3a were constructed in *(approximate year):* 2015

4. Plaintiff's interest in the premises is [x] as owner [ ] other *(specify):*

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

* **NOTE:** Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

UD-100

| PLAINTIFF: Opendoor Property Trust I, a Delaware Statutory Trust<br>DEFENDANT: Yan Zhang | CASE NUMBER: LLTSB2400104 |
|---|---|

6. a. On or about *(date):* 6/5/2024
*defendant (name each):*
Yan Zhang

(1) agreed to rent the premises as a [ ] month-to-month tenancy [x] other tenancy *(specify):* No tenancy
(2) agreed to pay rent of $ payable [ ] monthly [x] other *(specify frequency):* N/A
(3) agreed to pay rent on the [ ] first of the month [x] other day *(specify):* N/A

b. This [x] written [ ] oral agreement was made with
(1) [x] plaintiff. (3) [ ] plaintiff's predecessor in interest.
(2) [ ] plaintiff's agent. (4) [ ] Other *(specify):*

c. [x] The defendants not named in item 6a are
(1) [ ] subtenants.
(2) [ ] assignees.
(3) [x] Other *(specify):* unknown

d. [ ] The agreement was later changed as follows *(specify):*

e. [x] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*

f. [ ] *(For residential property)* A copy of the written agreement is **not** attached because *(specify reason):*
(1) [ ] *the written agreement is not in the possession of the landlord or the landlord's employees or agents.*
(2) [ ] *this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).*

7. The tenancy described in 6 *(complete (a) or (b))*
a. [x] is **not** subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy is exempt is *(specify):*
b. [ ] is subject to the Tenant Protection Act of 2019.

8. *(Complete only if item 7b is checked. Check all applicable boxes.)*
a. [ ] The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).
b. [ ] The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff *(check one)*
(1) [ ] waived the payment of rent for the final month of the tenancy, before the rent came due, under section 1946.2(d)(2), in the amount of $
(2) [ ] provided a direct payment of one month's rent under section 1946.2(d)(3), equaling $ to *(name each defendant and amount given to each):*

c. [ ] Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.

9. a. [x] Defendant *(name each):*
Yan Zhang

was served the following notice on the same date and in the same manner:

(1) [ ] 3-day notice to pay rent or quit
(2) [ ] 30-day notice to quit
(3) [ ] 60-day notice to quit
(4) [ ] 3-day notice to quit
(5) [ ] 3-day notice to perform covenants or quit *(not applicable if item 7b checked)*
(6) [ ] 3-day notice to quit under Civil Code, § 1946.2(c)
Prior required notice to perform covenants served *(date):*
(7) [x] Other *(specify):* 5 Day Notice to Vacate

UD-100

| PLAINTIFF: Opendoor Property Trust I, a Delaware Statutory Trust<br>DEFENDANT: Yan Zhang | CASE NUMBER: LLTSB2400104 |
|---|---|

9. b. (1) On *(date):* 7/17/2024 the period stated in the notice checked in 9a expired at the end of the day.
(2) Defendants failed to comply with the requirements of the notice by that date.
c. All facts stated in the notice are true.
d. [ ] The notice included an election of forfeiture.
e. [x] A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166. When Civil Code, § 1946.2(c), applies and two notices are required, provide copies of both.)*
f. [ ] One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. *(Check item 10c and attach a statement providing the information required by items 9a–e and 10 for each defendant and notice.)*

10. a. [x] The notice in item 9a was served on the defendant named in item 9a as follows:
(1) [ ] By personally handing a copy to defendant on *(date):*
(2) [ ] By leaving a copy with *(name or description):*
a person of suitable age and discretion, on *(date):* at defendant's [ ] residence [ ] business AND mailing a copy to defendant at defendant's place of residence on *(date):* because defendant cannot be found at defendant's residence or usual place of business.
(3) [x] By posting a copy on the premises on *(date):* 7/10/2024
[ ] AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on *(date):*
(a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
(b) [ ] because no person of suitable age or discretion can be found there.
(4) [ ] *(Not for 3-day notice; see Civil Code, § 1946, before using)* By sending a copy by certified or registered mail addressed to defendant on *(date):*
(5) [ ] *(Not for residential tenancies; see Civil Code, § 1953, before using)* In the manner specified in a written commercial lease between the parties
b. [ ] *(Name):*
was served on behalf of all defendants who signed a joint written rental agreement.
c. [ ] Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.
d. [x] Proof of service of the notice in item 9a is attached and labeled Exhibit 3.

11. [ ] Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
12. [ ] At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $
13. [x] The fair rental value of the premises is $ 113.14 per day.
14. [x] Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 14.)*
15. [x] A written agreement between the parties provides for attorney fees.
16. [ ] Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

Plaintiff has met all applicable requirements of the ordinances.

17. [x] Other allegations are stated in Attachment 17.
18. Plaintiff accepts the jurisdictional limit, if any, of the court.

| PLAINTIFF: Opendoor Property Trust I, a Delaware Statutory Trust<br>DEFENDANT: Yan Zhang | CASE NUMBER: LLTSB2400104 |
|---|---|

19. **PLAINTIFF REQUESTS**

a. possession of the premises.

b. costs incurred in this proceeding:

c. [ ] past-due rent of $

d. [x] reasonable attorney fees.

e. [ ] forfeiture of the agreement.

f. [ ] damages in the amount of waived rent or relocation assistance as stated in item 8: $

g. [x] damages at the rate stated in item 13 from *date:* 7/17/2024 for each day that defendants remain in possession through entry of judgment.

h. [x] statutory damages up to $600 for the conduct alleged in item 14.

i. [x] other *(specify):*
$750.00/day pursuant to LCO Addendum, Current ($1144.75), past due and future electricity bills.

20. [x] Number of pages attached *(specify):* 29

**UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)**

21. [x] *(Complete in all cases.)* An unlawful detainer assistant [x] did **not** [ ] did for compensation give advice or assistance with this form. *(If declarant has received **any** help or advice for pay from an unlawful detainer assistant, complete a–f.)*

a. Assistant's name:

b. Street address, city, and zip code:

c. Telephone no.:

d. County of registration:

e. Registration no.:

f. Expires on *(date):*

Date: September 17, 2024

Sadara DeVonne
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

(TYPE OR PRINT NAME)

▶
(SIGNATURE OF PLAINTIFF)



For your protection and privacy, please press the Clear This Form button after you have printed the form.
Print this form | Save this form | Clear this form

# EXHIBIT 1

## Late Checkout Addendum

AMENDMENT # 8

This ADDENDUM ("Addendum") modifies the **Residential Purchase Agreement** (the "Contract") dated 06/05/2024 between Seller and Buyer (collectively, the "Parties") with respect to the real property commonly known as 3665 Bilberry Rd, San Bernardino, CA 92407 (hereinafter, "Property"). Capitalized terms used but not defined in this Addendum have the meaning given to them in the Contract. In the event of any conflict with the terms in the Contract, the terms of this Addendum shall control to the full extent permitted by law.

### 1. LATE CHECKOUT LICENSE

Buyer hereby grants Seller a temporary license to use the Property from close of escrow until 5:00 p.m. on 07/01/2024 (the "Late Checkout Period"), solely for the limited purpose of moving to a new residence and solely for the term stated herein. **This is not a lease.** The Parties agree that the terms of this license do not create a landlord-tenant relationship or otherwise provide any tenancy rights to Seller. Modifications to this license can only be made through mutual written agreement.

### 2. BUYER'S RIGHT OF ACCESS

During the Late Checkout Period, and for any such other time period that Seller is in possession of the Property after the period has expired (collectively, the "Entire Possession Period"), Seller will allow Buyer's representatives to enter the Property for reasonable non-emergency purposes with advance notice and without advance notice in case of emergency.

### 3. FEE

A. Beginning on day 2 of the Late Checkout Period, Seller shall owe $ $492 per day of the period to Buyer, a total of $ $984, which will be paid from the proceeds of the sale.

B. After the expiration of the Late Checkout Period, Seller shall owe to Buyer $750 per day until Seller vacates the Property as set forth in Section 5 below.

### 4. ADDITIONAL OBLIGATIONS

A. Seller agrees to use the Property solely for the limited purpose(s) granted herein. For the avoidance of doubt, Seller expressly agrees that the Property may not be leased to, occupied by, or licensed to others.

B. Seller agrees to maintain the Property in the same condition as it was at close of escrow, other than normal wear and tear, and be solely responsible for all maintenance and repairs, during the Entire Possession Period.

   i. This includes, but is not limited to, maintaining the yard and keeping all systems (HVAC, electrical, plumbing, etc.) and appliances in proper repair.

   ii. While maintenance and repairs are Seller's sole responsibility, Seller must give Buyer immediate notice of any home condition issues and repairs taken to correct such issues.

C. Seller agrees to comply with all applicable ordinances, regulations, and HOA rules during the Entire Possession Period. If Buyer incurs any costs due to Seller's non-compliance with this obligation, Seller shall pay or reimburse Buyer for such costs.

D. Seller agrees to keep an insurance policy for the Property in effect, with liability coverage of at least $300,000 and an appropriate amount of coverage for Seller's personal property during the Entire Possession Period, and provide evidence of it to Buyer. The risk of loss of Seller's personal property shall be borne by Seller, not Buyer.

**5. END OF LATE CHECKOUT PERIOD**

By or prior to the end of the Late Checkout Period, Seller shall (A) ensure the Property is entirely vacant, providing sole and exclusive possession to Buyer, (B) return all keys to Buyer, (C) remove all physical items (exclusive of fixtures) from the Property, leaving it in debris-free, broom-swept condition, and (d) complete a digital checkout (which will be sent to Seller at the beginning of the Late Checkout Period).

**6. DEPOSIT**

A. Escrow Holder will withhold $ $4,000 from Seller's proceeds as a deposit (the "Late Checkout Deposit").

B. Seller will not be eligible for return of the Deposit until Seller completes a digital checkout.

C. If Buyer discovers that Seller has failed to meet any of the obligations in this Addendum, Seller will forfeit the Late Checkout Deposit. In such event, Buyer will inform the Escrow Holder, and Escrow Holder will release the full amount of the Late Checkout Deposit to Buyer, without any further need of mutual written instructions from the Parties, subject to any amount Buyer directs to be released to Seller, in Buyer's sole discretion, for partial fulfillment of these obligations. Buyer and Seller agree to release Escrow Holder from any and all claims related to these disbursements.

**7. TERMINATION, BREACH, AND LIABILITY**

A. If at any time the date of close of escrow is changed from 06/28/2024 this Addendum shall automatically terminate without notice and without any further action required by Buyer.

B. The license granted pursuant to this Addendum shall automatically terminate upon the expiration of the Late Checkout Period, without notice and without any further action required by Buyer. Buyer may also terminate the license upon Seller's breach of any of the terms of this Addendum. In both cases, Buyer shall be entitled to immediate and exclusive possession of the Property, and the Seller shall not be entitled to any of the rights of a tenant under law.

C. Seller shall be liable to Buyer for any damage to the Property that Seller, or anyone associated by Seller, causes during the Entire Possession Period.

D. If legal action becomes necessary for Buyer to gain possession or recover damages due to Seller's breach, Buyer shall also be entitled to recover reasonable legal fees and costs.

E. If any claims are brought against Buyer, its parent, subsidiaries, or corporate affiliates, or any of their employees or representatives that arise from or relate to Seller's occupancy, possession, use of, or alterations to the Property after close of escrow (inclusive of any claims arising from or

relating to anyone associated with Seller), Seller shall indemnify and defend Buyer against any damages, legal fees, and/or costs that result.

**8. UTILITIES**

Seller shall ensure that the Property's utilities (electricity, water, sewage, and gas) remain on for 3 business days after the close of escrow date.

**9. FINAL WALKTHROUGH**

Upon completion of Opendoor's digital checkout process (i.e., Seller has confirmed the home is vacant), Seller will permit Buyer or Buyer's representative access to the Property to conduct a final walkthrough for the purposes of observing, photographing, and documenting home condition and marking items for future repair using non-destructive means (such as painter's tape). Seller agrees to not interfere with any such markings placed by Buyer or Buyer's representatives.

Megan Meyer 06/28/2024

Buyer Signature Date

authorized signer on behalf of Opendoor Property Acquisition LLC and/or nominee

06 / 28 / 2024

Seller Signature Date

Seller Signature Date



Doc ID: 7cbdd6d2eb44ddfdc50dd74498906b2a2535c316

Dropbox Sign

Audit trail

| | |
|---|---|
| Title | HR - SAC - Late Checkout Addendum |
| File name | California Late C...- 7262023 (1).pdf |
| Document ID | 7cbdd6d2eb44ddfdc50dd74498906b2a2535c316 |
| Audit trail date format | MM / DD / YYYY |
| Status | Signed |

This document was signed on consumer.opendoor.com

## Document history

| | | |
|---|---|---|
| SENT | 06 / 28 / 2024<br>09:00:08 UTC-7 | Sent for signature to Yan Zhang (yanmdphd@gmail.com) from admin@opendoor.com<br>IP: 34.229.58.122 |
| VIEWED | 06 / 28 / 2024<br>09:01:11 UTC-7 | Viewed by Yan Zhang (yanmdphd@gmail.com)<br>IP: 76.33.91.121 |
| SIGNED | 06 / 28 / 2024<br>09:01:39 UTC-7 | Signed by Yan Zhang (yanmdphd@gmail.com)<br>IP: 76.33.91.121 |
| COMPLETED | 06 / 28 / 2024<br>09:01:39 UTC-7 | The document has been completed. |

# EXHIBIT 2

## THREE (3) DAY NOTICE
## TO VACATE THE PROPERTY

TO: Yan Zhang, and all other occupants:

The purpose of this letter is to demand that you vacate the premises located at 3665 Bilberry Rd, San Bernardino, CA 92407 (the "Property"), including removing all personal property therefrom, on or before THE THIRD DAY AFTER THE SERVICE OF THIS NOTICE.

This demand is based upon the following reason(s) below:

The Property is owned by Opendoor Property Trust I ("Owner"). You are trespassing on Owner's Property without lawful permission. There is no valid, written lease or other contract between You and the Owner, which allows anyone to occupy or holdover the Property.

**YOU ARE BEING ASKED TO LEAVE THE PROPERTY. IF YOU DO NOT LEAVE, AN EVICTION ACTION MAY BE INITIATED AGAINST YOU. IF YOU ARE IN DOUBT REGARDING YOUR RIGHTS AND OBLIGATIONS, IT IS RECOMMENDED THAT YOU SEEK LEGAL ASSISTANCE.**

Kimmeoashay Daniels
[NAME OF EMPLOYEE SERVING NOTICE]
Agent for Owner

---

# EXHIBIT 3

## SERVICE OF NOTICE

I hereby certify that a copy of the above notice was served upon the named occupant(s) at the above address on the following date 07/10/2024 by the following means:

[ ] I personally served this notice on the following person: ____________________

[X] I knocked on the door of the premises, but no one answered, so I securely affixed this Notice to the entry door and took photographs for documentation purposes.

[ ] I served this notice by Registered or Certified U.S. Mail on the following person: ____________________

/s/ Kimmeoashay Daniels

[NAME OF EMPLOYEE SERVING NOTICE]

Agent for Owner


Exhibit 1a)
3665


Exhibit 1b)

EXHIBIT 5

SOUTHERN CALIFORNIA EDISON
An EDISON INTERNATIONAL® Company

For billing and service inquiries
1-866-701-7868
www.sce.com

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

# Your electricity bill



Customer account
700898129209
Residential Account

Service account
8018190425
3665 BILBERRY RD
SAN BERNARDINO, CA 92407

Rotating outage
Group N001

POD-ID
101760940008073033

Date bill prepared
08/27/24

**Amount due $421.18**
**Due by 09/16/24**

## Your account summary

| | |
|---|---|
| Previous Balance | $723.57 |
| Payment Received 08/08/24 | -$723.57 |
| Balance forward | $0.00 |
| Your new charges | $421.18 |
| Total amount you owe by 09/16/24 | $421.18 |

*Net energy metering monthly billing month #2.*

*For information concerning your net consumption and generation, please refer to the "Details of your tracked charges" section of the bill.*

## Your past and current electricity usage

| | Electricity (kWh) |
|---|---|
| 07/29/24 to 08/26/24 | |
| Consumption | 1,097 |
| Net Generation | 0 |
| Total electricity usage this month in kWh | 1,097 |

*Your next billing cycle for meter 222013-778475 will end on or about 09/25/24.*

(14-574) Tear here If your contact information has changed please complete the form on the reverse side and return the stub below. Tear here

SOUTHERN CALIFORNIA EDISON
An EDISON INTERNATIONAL® Company

Customer account 700898129209

Amount due by 09/16/24 $421.18

We will automatically debit the total amount due $421.18 from your checking account on or after 09/06/24.
Thank you!

STMT 08272024 P1

LABS INC, OPENDOOR
PO BOX 1057
PICO RIVERA CA 90660-1057

700898129209 0000311 000000000000042118000042118

## Ways to contact us

**Request a large print bill 1-800-655-4555**

**Customer service numbers** *Relay calls accepted*

| | |
|---|---|
| General Services (U.S. & Canada) | 1-800-655-4555 |
| Payments, Extensions or Payment Options | 1-800-950-2356 |
| Emergency Services & Outages | 1-800-611-1911 |
| California Alternate Rates for Energy (CARE) | 1-800-447-6620 |
| Energy Theft Hotline | 1-800-227-3901 |
| Hearing & Speech Impaired (TTY) | 1-800-352-8580 |

**Multicultural services**

| | |
|---|---|
| Cambodian / ខ្មែរ | 1-800-843-1309 |
| Chinese / 中文 | 1-800-843-8343 |
| Korean / 한국어 | 1-800-628-3061 |
| Vietnamese / Tiếng Việt | 1-800-327-3031 |
| Spanish / Español | 1-800-441-2233 |

**Correspondence:**
Southern California Edison
P.O. Box 6400
Rancho Cucamonga, CA
91729-6400

www.sce.com

## Important information

### What are my options for paying my bill?

| | | |
|---|---|---|
| On-line | Pay one-time or recurring on www.sce.com/bill | |
| Mail-in | Check or Money order | |
| In Person | Authorized payment locations | 1-800-747-8908 |
| Phone | QuickCheck | 1-800-950-2356 |
| | Debit & credit card | 1-833-425-1440 |
| Other | PayPal, Venmo, Apple Pay and Google Pay | |

### Electronic check processing

Your check payment will be processed as a one-time Electronic Fund Transfer (EFT). With EFTs, funds may be withdrawn from your account the day we receive your payment. Your check will not be returned, but will appear on your financial statement.

### Rates and applicable rules: Available at www.sce.com or upon request.

### Past due bills

When is my bill past due? It is past due 20 days after the preparation date, which was 08/27/24.

- Reconnecting service that has been disconnected requires a Service Connection payment (non-residential only).
- Unable to pay: If payment arrangements were not extended to you by SCE pursuant to SCE's filed tariffs, you may contact the California Public Utilities Commission.
- For safety reasons, if service is disconnected, please ensure any sensitive or potentially hazardous equipment is unplugged on the day of reconnection. For additional home safety tips, visit www.sce.com/safety or call SCE at 1-800-655-4555.

### What is the Late Payment Charge (LPC)?

0.6% will be applied to the total unpaid balance if payment is not received by the due date on this bill (except for CARE and state agency accounts).

### What is a rotating outage?

Rotating outages are controlled electrical outages used to avoid widespread or uncontrolled blackouts. Your Rotating Outage Group number is located on page 1, upper left, of your SCE bill. Your rotating outage group number may change at any time. For more information, visit www.sce.com/rotating outage.

### What is the Power Charge Indifference Adjustment (PCIA)?

The PCIA is a charge to ensure that both SCE customers and those who have left SCE service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by SCE on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources.

### Disputed bills

*If you believe there is an error on your bill or have a question about your service, please call Southern California Edison (SCE) customer support at 1-800-655-4555 If you are not satisfied with SCE's response, submit a complaint to the California Public Utilities Commission (CPUC) at www.cpuc.ca.gov/complaints/. The CPUC's Consumer Affairs Branch (CAB) handles billing and service complaints and can be reached by:*

*Telephone 1-800-649-7570 (8:30 AM - 4:30 PM, Monday - Friday)*

*Mail CPUC, Consumer Affairs Branch, 505 Van Ness Ave., Room 2003, San Francisco, CA 94102*

*If you have limitations hearing or speaking, contact the California Relay Service, which is for those needing assistance relaying telephone conversations. Dial 711 or one of the numbers below to be routed to a California Relay Service provider in your preferred mode of communication.*

| *Type of Call* | *English* | *Spanish* |
|---|---|---|
| *TTY/VCO/HCO to Voice* | *1-800-735-2929* | *1-800-855-3000* |
| *Voice to TTY/VCO/HCO* | *1-800-735-2922* | *1-800-855-3000* |
| *Speech-to-Speech Relay* | *1-800-854-7784* | *1-800-854-7784* |

*To avoid having service turned off while waiting for the outcome of a complaint to the CPUC regarding the accuracy of your bill, contact CAB for assistance. If your case meets the eligibility criteria, CAB will instruct you on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is reviewed to keep your service turned on.*

### Definitions

- Baseline Credit: The baseline credit provides reduced electricity rates on electricity used up to the baseline allocation for the region that you live in.
- CA Climate Credit: Credit from state effort to fight climate change. Applied monthly to eligible businesses and semi-annually to residents.
- Wildfire Fund Charge: Supports the California Wildfire Fund which covers costs associated with catastrophic wildfires, including payment of bonds issued by the California Department of Water Resources (DWR)
- Public Purpose Programs Charge: Funds state-mandated programs for low income discounts, energy efficiency, renewable energy and R&D.
- SCE Generation: For recovering energy procurement and generation costs for that portion of your energy provided by SCE.

To change your contact information, complete the form below and return it to SCE

Change of mailing address: 700898129209

| STREET# | STREET NAME | APARTMENT # |
|---|---|---|
| CITY | STATE | ZIP CODE |
| TELEPHONE # | E-MAIL ADDRESS | |

Energy Assistance Fund (EAF): I want to help people pay their energy bill through EAF. For info visit www.sce.com/eaf or call (800) 205-8596.

Add this amount for EAF $ ____________

☐ Every Month ☐ One Month only

Select one box only and sign below for EAF:

______________________________

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

SOUTHERN CALIFORNIA EDISON®
An EDISON INTERNATIONAL® Company



Your daily average electricity usage (kWh)

2 Years ago: N/A Last year: N/A This year: 37.83




* Irregular billing period
** No data available

# Details of your new charges

Your rate: DOMESTIC
Billing period: 07/29/24 to 08/26/24 (29 days)

| | | |
|---|---|---|
| Delivery charges *- Cost to deliver your electricity* | | |
| Basic charge | 29 days x $0.03100 | $0.90 |
| Energy-Summer | | |
| Tier 1 (100% of baseline) | 560 kWh x $0.18918 | $105.94 |
| Tier 2 (101% to 400%) | 537 kWh x $0.28510 | $153.10 |
| Wildfire fund charge | 1,097 kWh x $0.00561 | $6.15 |
| Generation charges *- Cost to generate your electricity* | | |
| *SCE* | | |
| Energy-Summer | | |
| Tier 1 (100% of baseline) | 560 kWh x $0.13919 | $77.95 |
| Tier 2 (101% to 400%) | 537 kWh x $0.13919 | $74.75 |
| Other charges or credits | | |
| Fixed recovery charge | 1,097 kWh x $0.00188 | $2.06 |
| Subtotal of your new charges | | $420.85 |
| State tax | 1,097 kWh x $0.00030 | $0.33 |
| Your new charges | | $421.18 |

*Your Delivery charges include:*
- *$20.88 transmission charges*
- *$189.78 distribution charges*
- *$0.10 nuclear decommissioning charges*
- *$12.27 conservation incentive adjustment*
- *$23.53 public purpose programs charge*
- *$12.28 new system generation charge*

*Your Generation charges include:*
- *-$0.43 competition transition charge*
- *-$4.34 power charge indifference adjustment (PCIA)*

*Your overall energy charges include:*
- *$3.90 franchise fees*

*Additional information:*
- *Service voltage: 240 volts*
- *Your summer baseline allowance: 560.0 kWh*
- *High Usage Charge applies to all usage above 400% of baseline allowance.*
- *Net Surplus Compensation (NSC) option: Rollover*

## Things you should know

*Fixed Recovery Charge*

*SCE has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires. Your bill for electric service includes a Fixed Recovery Charge that has been approved by the CPUC to repay those bonds. The right to recover the Fixed Recovery Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to SCE. SCE is collecting the Fixed Recovery Charge on behalf of the Special Purpose Entity.*

*Stay in Control*

*If you're behind on payments, enrolled in a payment plan, or facing disconnection, we offer options and energy management solutions to help you stay in control of your bill and costs. Learn more at www.sce.com/billsupport.*

*SCE's APA Locations Are Changing August 16, 2024*

*Beginning on August 16, 2024, Western Union will be SCE's new Authorized Payment Agency (APA) for in-person payments (no fees charged). Only cash payments will be accepted.* Locations other than Western Union will charge a fee for SCE payments.*

*Visit sce.com/apa to find an APA near you or review the requirements for APA payments. We offer other payment options, including debit and credit card payment, at sce.com/billpay.*

**Federal requirements apply for identification on large value transactions..*

SOUTHERN CALIFORNIA EDISON
An EDISON INTERNATIONAL® Company

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.



# Details of your tracked charges

Your rate: DOMESTIC
Billing period: 07/29/24 to 08/26/24 (29 days)

| | | |
|---|---|---|
| Delivery charges - *Cost to deliver your electricity* | | |
| Energy-Summer | | |
| Tier 1 (100% of baseline) | 560 kWh x $0.18918 | $105.94 |
| Tier 2 (101% to 400%) | 537 kWh x $0.28510 | $153.10 |
| Wildfire fund charge | 1,097 kWh x $0.00561 | $6.15 |
| Generation charges - *Cost to generate your electricity* | | |
| *SCE* | | |
| Energy-Summer | | |
| Tier 1 (100% of baseline) | 560 kWh x $0.13919 | $77.95 |
| Tier 2 (101% to 400%) | 537 kWh x $0.13919 | $74.75 |
| Other charges or credits | | |
| Fixed recovery charge | 1,097 kWh x $0.00188 | $2.06 |
| Energy Charge Total | | $419.95 |

*Additional information regarding your Net Consumption/Generation :*
- *Net Energy Metering Month #2*
- *Your year-to-date energy generation credit as of previous month: $0.00*
- *Your current month energy generation credit: $0.00*
- *Your year-to-date energy generation credit: $0.00*
- *Your year-to-date energy billed charges: $1,136.79*
- *Year-to-date kWh: 2,920 kWh*

| Your Total Usage: 1,097 kWh | Tier 1 | Tier 2 | High Usage Charge |
|---|---|---|---|
| *Understanding Your Bill... Your usage for the billing period falls into Tier 2. For most customers, the price you pay increases as you use more energy. The average cost per kilowatt (kWh) in the chart to the right is based on averages. Actual prices may vary.* | 560 kWh | 537 kWh | 0 kWh |
| | $0.33/kWh | $0.42/kWh | $0.42/kWh |

Your Total Usage
1,097 kWh

High Usage Charge - Learn more at on.sce.com/highuse

# Customer Connection

Please visit us at www.sce.com

## Public Safety Power Shutoffs

- It is a tool of last resort to mitigate wildfire risk during dangerous fire weather conditions. We recognize these outages are difficult for our customers.
- We continue to reduce the size, frequency and duration of PSPS events.
- It will have to remain available as a tool to mitigate wildfire risk during severe weather and high fire potential index events.

We urge customers to update their contact information and sign up for PSPS alerts at: www.sce.com/outage. To learn more about Public Safety Power Shutoffs, visit: www.sce.com/psps.

## Be Prepared for Outage Emergencies

If your home or business is located in an area designated as a Tier 2 or Tier 3 high fire risk zone, you may want to consider adding a power station or a portable generator to your emergency preparedness plans. These devices may provide backup power for your personal electronics such as a cell phone, computer, or other important household appliances such as refrigerators, lighting, garage door opener and medical devices which helps you to be more prepared for an outage or other emergency. Rebates are available for the purchase of qualifying products.

Watch our backup power educational videos, learn more about available solutions and apply for rebates in the SCE Marketplace at www.sce.com/rebates.

To learn more about the process and method the California Public Utilities Commission used to determine High Fire Threat District maps, visit:

www.cpuc.ca.gov/industries-and-topics/wildfires/fire-threat-maps-and-fire-safety-rulemaking

## Budget Your Electricity Bill with the Budget Billing Plan (was Level Pay Plan)

Are your electric bills higher in the summer? Do these higher bills stretch your budget? Sign up for SCE's Budget Billing Plan (BBP), which allows you to spread high summer and/or winter bills over an entire year in eleven (11) equal monthly payments (on the 12th month, you will receive a settlement bill showing either a payment due or a credit balance).

To learn more visit www.sce.com/residential/assistance.

If you'd like to enroll, please call 1-800-434-2365. BBP is based on eligibility and some restrictions may apply. Once enrolled, you must pay your bills monthly by the due date to remain eligible for the program.

## Get Help If You Use Medical Equipment

If you or someone in your household requires the regular use of electrically powered medical equipment and devices, you may be eligible for our Medical Baseline Allowance Program (MBL).

The program provides an additional allotment of 16.5-kilowatt hours (kWh) of electricity per day on your monthly bill. MBL can help offset the cost of operating the medical equipment and prioritizes your household to get critical alerts and notifications if outages occur, including Public Safety Power Shutoffs.

To apply, you will need the signature of a medical professional.* If you submit an online application, you can enter your medical professional's email address, and we will contact them for an electronic signature approval. Please notify your medical professional that they will receive an email communication from SCE.

To learn more about eligibility requirements or if you have questions about medical equipment or criteria, visit www.sce.com/mbl. MBL application forms are available upon request in various languages and alternative formats, such as large print and braille.

NOTE: We will evaluate the eligibility of the device on your application if it is not listed on www.sce.com/mbl. Medical devices used for therapy but not medically required for sustaining life do not qualify for this program.

** Includes Medical Doctor (MD), Doctor of Osteopathy (DO), Physician Assistant (PA) or Nurse Practitioner (NP).*

## Support for Customers Affected by a Major Disaster

If you or someone you know has been affected by a disaster for which a state of emergency has been declared, please visit www.sce.com/disastersupport for information about consumer protections, programs and services SCE has available.

(continued on back)

## Proposition 65 Warnings

⚠WARNING: The Safe Drinking Water and Toxic Enforcement Act of 1986, commonly referred to as Proposition 65, requires the governor to publish a list of chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. It also requires California businesses to warn the public of potential exposures to these chemicals that result from their operations.

Providing safe and reliable service to all of our customers is a top priority for Southern California Edison and we want you to be aware of these chemicals so that you can reduce exposure to chemicals associated with electricity generation and distribution. We handle all equipment and materials at our sites carefully for your good health as well as ours. However, if you are at or near our facilities and work sites, you can be exposed to the following chemicals on the state's Proposition 65 list. Reduce, limit, or avoid activities at and near the sources of exposure described below. For more information go to:

www.P65Warnings.ca.gov

1. Diesel Generation : Diesel Exhaust: SCE uses diesel-fueled emergency generators during emergencies and other times to help minimize the interruption of our customers' supply of electricity. The generators are used at some SCE facilities like substations and service centers, and at locations where repairs are made to the electrical system. SCE also uses diesel as the primary fuel for electricity generation on Catalina Island and in many service vehicles used throughout our service territory. Diesel engines produce exhaust as a by-product of the combustion of diesel fuel. Breathing diesel engine exhaust exposes you to chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. You should avoid breathing diesel fumes whenever possible.

2. Wooden Utility Poles : SCE uses wooden poles that have been treated with chemical preservatives. These chemicals include pentachlorophenol, which is known to the State of California to cause cancer, and petroleum products such as diesel fuel, which contains chemicals including toluene and benzene that are known to the State of California to cause cancer and birth defects or other reproductive harm. If you come into contact with a wooden utility pole or the dust, debris, soil surrounding the pole, or water runoff that may contain dust, debris, and soil previously in contact with the pole, you could be exposed to these chemicals. Avoid contact with wooden utility poles and the dust, debris, soil surrounding the poles, or water runoff that may contain dust, debris, soil surrounding the poles, or water runoff that may contain dust, debris, and soil previously in contact with the poles.

3. Painted Structures : SCE utilizes metal and wood structures and equipment that may have been coated with paints containing chemicals, such as lead-based paint, that are known to the State of California to cause cancer and birth defects or other reproductive harm. When the paint on these structures deteriorates, flakes of paint can impact the soil adjacent to the structure. To avoid exposure, you should avoid contact with any paint flakes or soil near any structure with deteriorating paint.

Los usarios con acceso al Internet podran leer y descargar esta notificacion en espanol en el sitio Web de SCE:

www.sce.com/avisos

## Safe Portable Generator Hook-Up

Connecting a portable generator to your home's electrical wiring is dangerous and can cause serious injuries or electrocution.

Do not hook up a generator directly to an electrical panel. The safe way is to plug the electrical equipment into a portable generator using a properly sized extension cord approved by Underwriters Laboratories (UL).

If your needs require a generator to be wired directly to your home's electrical system, California state law mandates that you notify us. We also recommend that you enlist the service of a qualified electrician to perform the task.

For additional safety information visit:

www.sce.com/generator

## Connect With Us

Get energy-saving tips, safety and outage updates, and much more.

www.facebook.com/sce

www.twitter.com/sce

www.instagram.com/sce

*Para obtener información sobre como este cambio afectará su factura y/o una copia de esta notificación en español visite www.sce.com/avisos*

# NOTICE OF APPLICATION OF SOUTHERN CALIFORNIA EDISON COMPANY TO DECREASE ELECTRIC RATES APPLICATION A.24-05-025

Why am I receiving this notice?
On May 30, 2024, Southern California Edison Company (SCE) filed an application with the California Public Utilities Commission (CPUC) requesting an expedited review and approval of its 2024 Energy Resource Recovery Account (ERRA) Revenue Requirement Trigger Mechanism Application (Application). The ERRA functions to recover the fuel and power procurement costs that SCE incurs to provide electric service to its customers.

Why is SCE requesting this rate decrease?
As of April 30, 2024, SCE is forecasting to spend $742.426 million less in procurement costs than has been recovered in customer rates. This is known as the "overcollection amount." This was due to a variety of factors including lower wholesale power prices. SCE requested the CPUC allow the overcollection amount in rates beginning October 1, 2024. If SCE's application is approved, your rates may decrease as reflected in the table below.

How could this affect my monthly electric rates?
The average non-CARE residential monthly bill using 500 kWh per month would decrease by approximately 4.4% (or $7.98) per month. This is an estimate based on current rates, which may change by October 1, 2024.

***CUSTOMER BILL IMPACT TABLE***

| Bundled Average Rates (¢/kWh) | | | | |
|---|---|---|---|---|
| **Customer Group** | **Current Rates** | **Proposed Change** | **Proposed Rates** | **% Change** |
| Residential | 33.77 | (1.51) | 32.26 | -4.5% |
| Lighting - Small and Medium Power | 30.05 | (1.46) | 28.60 | -4.8% |
| Large Power | 20.51 | (1.19) | 19.32 | -5.8% |
| Agricultural and Pumping | 23.99 | (1.25) | 22.74 | -5.2% |
| Street and Area Lighting | 36.46 | (0.86) | 35.61 | -2.4% |
| Standby | 17.00 | (1.16) | 15.84 | -6.8% |
| **Total** | **28.47** | **(1.39)** | **27.08** | **-4.9%** |

| Residential Bill Impact ($/Month) | | | | |
|---|---|---|---|---|
| **Description** | **Current** | **Proposed Change** | **Proposed** | **% Change** |
| Non-CARE residential bill | $180.40 | ($7.98) | $172.42 | -4.4% |
| CARE residential bill | $122.12 | ($5.40) | $116.73 | -4.4% |

How does the rest of this process work?
This application was assigned to a CPUC Administrative Law Judge who considered proposals and evidence presented during the formal hearing process. The Administrative Law Judge issued a proposed

decision on July 22 adopting SCE's request. The proposed decision was discussed and approved by the CPUC Commissioners at a public CPUC Voting Meeting on August 1, 2024.

Parties to the proceeding reviewed SCE's application, including the Public Advocates Office. The Public Advocates Office is an independent consumer advocate within the CPUC that represents customers to obtain the lowest possible rate for service consistent with reliable and safe service levels. For more information about the Public Advocates Office, please call 1-415-703-1584, email PublicAdvocatesOffice@cpuc.ca.gov, or visit www.Publicadvocates.cpuc.ca.gov.

Where can I get more information?

Contact SCE:
If you have any questions about SCE's request, you can contact them at:

Phone: 1-800-655-4555
Email: case.admin@sce.com
Mail: Eric Lee
Southern California Edison Company
A.24-05-025 - SCE's 2024 ERRA Trigger Application
P.O. Box 800 Rosemead, CA 91770

A copy of the Application and any related documents may also be reviewed at www.sce.com/applications by searching for the Application name or A.24-05-025.

Contact CPUC:
If you have questions about CPUC processes, you may contact the CPUC's Public Advisor's Office at:

Email: Public.Advisor@cpuc.ca.gov
Phone: 1-866-849-8390 (toll-free) or 1-415-703-2074
Mail: CPUC Public Advisor's Office
505 Van Ness Avenue
San Francisco, CA 94102

If your communication with the CPUC is specific to this proceeding, please reference SCE's ERRA Trigger Application 24-05-025.

*Para más información en cómo este cambio impactará su factura, descargar esta notificación en español en el sitio Web de SCE www.sce.com/avisos*

NOTICE OF APPLICATION
SOUTHERN CALIFORNIA EDISON COMPANY'S REQUEST TO INCREASE ELECTRIC RATES
APPLICATION [A.24-08-003]

Why am I receiving this notice?
On August 2, 2024, Southern California Edison Company (SCE) filed an application (A.24-08-003) with the California Public Utilities Commission (CPUC) requesting approval to sell SCE's General Office #5 (GO5) property in Rosemead, California (GO5 Application). The application seeks approval of a revenue increase of approximately $40.9 million, which, after taxes, will equate to a recovery of approximately $29.4 million.

If the CPUC approves this application, SCE will recover forecasted costs in electric rates over a one-year period beginning the year of the closing of the transaction. This will impact your monthly bill.

Why is SCE requesting this rate increase?

- SCE is seeking to sell its ground lease interest in the property because (a) SCE has consolidated its workforce to other SCE buildings and (b) the building requires significant seismic retrofitting, which SCE does not think would be a prudent expenditure.
- Although the sale will result in a one-time after-tax loss of approximately $29.4 million, the sale will save certain on-going operating, maintenance, lease and other costs for a property no longer required for SCE operations.
- SCE's revenue billed to customers will subsequently be reduced by eliminating the return on SCE's investment in the property not yet collected to date and maintenance costs upon the closing of the sale.

How could this affect my monthly electric rates?
If SCE's rate request is approved by the CPUC, the average residential monthly bill using 500 kWh per month would increase by approximately $0.36 or 0.2% per month in the year following the close of the sale.

*CUSTOMER BILL IMPACT TABLE*

| Bundled Average Rates (¢/kWh) | | | | |
|---|---|---|---|---|
| Customer Group | Current Rates | Proposed Change | Proposed Rates | % Change |
| Residential | 33.2 | 0.07 | 33.3 | 0.2% |
| Lighting - Small and Medium Power | 29.5 | 0.06 | 29.6 | 0.2% |
| Large Power | 20.1 | 0.04 | 20.1 | 0.2% |
| Agricultural and Pumping | 23.6 | 0.04 | 23.6 | 0.2% |
| Street and Area Lighting | 36.4 | 0.04 | 36.4 | 0.1% |
| Standby | 16.6 | 0.02 | 16.6 | 0.1% |
| **Total** | **28.0** | **0.05** | **28.0** | **0.2%** |

| Residential Bill Impact ($/Month) | | | | |
|---|---|---|---|---|
| Description | Current | Proposed Change | Proposed | %Change |
| Non-CARE residential bill | $177.50 | $0.36 | $177.87 | 0.2% |
| CARE residential bill | $120.16 | $0.25 | $120.40 | 0.2% |

The projected rate increase described in this notice is a forecast and is likely to slightly change depending on the month and year in which the sale of the GO5 property closes.

How does the rest of the process work?

This GO5 Application will be assigned to a CPUC Administrative Law Judge who will consider proposals and evidence presented during the formal hearing process. The Administrative Law Judge will issue a proposed decision that may adopt SCE's application, modify it, or deny it. Any CPUC Commissioner may sponsor an alternate decision with a different outcome. The proposed decision, and any alternate decisions, will be discussed and voted upon by the CPUC Commissioners at a public CPUC Voting Meeting.

Parties to the proceeding may review SCE's application, including the Public Advocates Office. The Public Advocates Office is an independent consumer advocate within the CPUC that represents customers in order to obtain the lowest possible rate for service consistent with reliable and safe service levels. For more information about the Public Advocates Office, please call 1-415-703-1584, email PublicAdvocatesOffice@cpuc.ca.gov, or visit www.PublicAdvocates.cpuc.ca.gov.

Where can I get more information?

Contact SCE

If you have any questions about SCE's request, you may contact them at:

Email: case.admin@sce.com
Phone: 1-626-302-0449
Mail: Southern California Edison Company
Attn: Case Administrator
A.24-08-003 -GO5 Application
P.O. Box 800
Rosemead, CA 91770

A copy of the Application and any related documents may also be reviewed at www.sce.com/applications

Contact the CPUC

Please visit www.apps.cpuc.ca.gov/c/A2408003 to submit a comment about this proceeding on the CPUC Docket Card. Here you can also view documents and other public comments related to this proceeding. Your participation by providing your thoughts on SCE's request can help the CPUC make an informed decision.

If you have questions about CPUC processes, you may contact the CPUC's Public Advisor's Office at:

Email: public.advisor@cpuc.ca.gov
Phone: 1-866-849-8390 (toll-free)
Mail: CPUC Public Advisor's Office
505 Van Ness Avenue
San Francisco, CA 94102

Please reference SCE GO5 Application A.24-08-003 in any communications you have with the CPUC regarding this matter.

SOUTHERN CALIFORNIA EDISON
An EDISON INTERNATIONAL® Company

For billing and service inquiries
1-866-701-7868
www.sce.com

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

# Your electricity bill



Customer account
700898129209
Residential Account

Service account
8018190425
3665 BILBERRY RD
SAN BERNARDINO, CA 92407

Rotating outage
Group N001

POD-ID
101760940008073033

Date bill prepared
07/29/24

**Amount due $723.57**
**Due by 08/19/24**

## Your account summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Balance forward | $0.00 |
| Your new charges | $718.57 |
| Service Connection Fee | $5.00 |
| Total amount you owe by 08/19/24 | $723.57 |

*Net energy metering monthly billing month #1.*

*For information concerning your net consumption and generation, please refer to the "Details of your tracked charges" section of the bill.*

## Your past and current electricity usage

| | Electricity (kWh) |
|---|---|
| 06/21/24 to 07/28/24 | |
| Consumption | 1,823 |
| Net Generation | 0 |
| Total electricity usage this month in kWh | 1,823 |

*Your next billing cycle for meter 222013-778475 will end on or about 08/26/24.*

(14-574) Tear here If your contact information has changed please complete the form on the reverse side and return the stub below. Tear here

SOUTHERN CALIFORNIA EDISON
An EDISON INTERNATIONAL® Company

Customer account 700898129209

Amount due by 08/19/24 $723.57

We will automatically debit the total amount due $723.57 from your checking account on or after 08/08/24.
Thank you!

STMT 07292024 P1

LABS INC, OPENDOOR
PO BOX 1057
PICO RIVERA CA 90660-1057

700898129209 0000315 00000000000072357000072357

# Ways to contact us

## Request a large print bill 1-800-655-4555

**Customer service numbers** *Relay calls accepted*

| | |
|---|---|
| General Services (U.S. & Canada) | 1-800-655-4555 |
| Payments, Extensions or Payment Options | 1-800-950-2356 |
| Emergency Services & Outages | 1-800-611-1911 |
| California Alternate Rates for Energy (CARE) | 1-800-447-6620 |
| Energy Theft Hotline | 1-800-227-3901 |
| Hearing & Speech Impaired (TTY) | 1-800-352-8580 |

**Multicultural services**

| | |
|---|---|
| Cambodian / ខ្មែរ | 1-800-843-1309 |
| Chinese / 中文 | 1-800-843-8343 |
| Korean / 한국어 | 1-800-628-3061 |
| Vietnamese / Tiếng Việt | 1-800-327-3031 |
| Spanish / Español | 1-800-441-2233 |

**Correspondence:**
Southern California Edison
P.O. Box 6400
Rancho Cucamonga, CA
91729-6400

www.sce.com

# Important information

## What are my options for paying my bill?

| | | |
|---|---|---|
| On-line | Pay one-time or recurring on www.sce.com/bill | |
| Mail-in | Check or Money order | |
| In Person | Authorized payment locations | 1-800-747-8908 |
| Phone | QuickCheck | 1-800-950-2356 |
| | Debit & credit card | 1-833-425-1440 |
| Other | PayPal, Venmo, Apple Pay and Google Pay | |

## Electronic check processing

Your check payment will be processed as a one-time Electronic Fund Transfer (EFT). With EFTs, funds may be withdrawn from your account the day we receive your payment. Your check will not be returned, but will appear on your financial statement.

**Rates and applicable rules:** Available at www.sce.com or upon request.

## Past due bills

When is my bill past due? It is past due 20 days after the preparation date, which was 07/29/24.

- Reconnecting service that has been disconnected requires a Service Connection payment (non-residential only).
- Unable to pay: If payment arrangements were not extended to you by SCE pursuant to SCE's filed tariffs, you may contact the California Public Utilities Commission.
- For safety reasons, if service is disconnected, please ensure any sensitive or potentially hazardous equipment is unplugged on the day of reconnection. For additional home safety tips, visit www.sce.com/safety or call SCE at 1-800-655-4555.

## What is the Late Payment Charge (LPC)?

0.6% will be applied to the total unpaid balance if payment is not received by the due date on this bill (except for CARE and state agency accounts).

## What is a rotating outage?

Rotating outages are controlled electrical outages used to avoid widespread or uncontrolled blackouts. Your Rotating Outage Group number is located on page 1, upper left, of your SCE bill. Your rotating outage group number may change at any time. For more information, visit www.sce.com/rotating outage.

## What is the Power Charge Indifference Adjustment (PCIA)?

The PCIA is a charge to ensure that both SCE customers and those who have left SCE service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by SCE on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources.

## Disputed bills

*If you believe there is an error on your bill or have a question about your service, please call Southern California Edison (SCE) customer support at 1-800-655-4555. If you are not satisfied with SCE's response, submit a complaint to the California Public Utilities Commission (CPUC) at www.cpuc.ca.gov/complaints/. The CPUC's Consumer Affairs Branch (CAB) handles billing and service complaints and can be reached by:*
*Telephone 1-800-649-7570 (8:30 AM - 4:30 PM, Monday - Friday)*
*Mail CPUC, Consumer Affairs Branch, 505 Van Ness Ave., Room 2003, San Francisco, CA 94102*
*If you have limitations hearing or speaking, contact the California Relay Service, which is for those needing assistance relaying telephone conversations. Dial 711 or one of the numbers below to be routed to a California Relay Service provider in your preferred mode of communication.*

| *Type of Call* | *English* | *Spanish* |
|---|---|---|
| *TTY/VCO/HCO to Voice* | *1-800-735-2929* | *1-800-855-3000* |
| *Voice to TTY/VCO/HCO* | *1-800-735-2922* | *1-800-855-3000* |
| *Speech-to-Speech Relay* | *1-800-854-7784* | *1-800-854-7784* |

*To avoid having service turned off while waiting for the outcome of a complaint to the CPUC regarding the accuracy of your bill, contact CAB for assistance. If your case meets the eligibility criteria, CAB will instruct you on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is reviewed to keep your service turned on.*

## Definitions

- Baseline Credit: The baseline credit provides reduced electricity rates on electricity used up to the baseline allocation for the region that you live in.
- CA Climate Credit: Credit from state effort to fight climate change. Applied monthly to eligible businesses and semi-annually to residents.
- Wildfire Fund Charge: Supports the California Wildfire Fund which covers costs associated with catastrophic wildfires, including payment of bonds issued by the California Department of Water Resources (DWR)
- Public Purpose Programs Charge: Funds state-mandated programs for low income discounts, energy efficiency, renewable energy and R&D.
- SCE Generation: For recovering energy procurement and generation costs for that portion of your energy provided by SCE.

To change your contact information, complete the form below and return it to SCE

Change of mailing address: 700898129209

| STREET# | STREET NAME | | APARTMENT # |
|---|---|---|---|
| CITY | | STATE | ZIP CODE |
| TELEPHONE # | E-MAIL ADDRESS | | |

Energy Assistance Fund (EAF): I want to help people pay their energy bill through EAF. For info visit www.sce.com/eaf or call (800) 205-8596.

Add this amount for EAF $ ____________

☐ Every Month ☐ One Month only

Select one box only and sign below for EAF:

____________________________________

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

SOUTHERN CALIFORNIA
EDISON®
An EDISON INTERNATIONAL® Company



Your daily average electricity usage (kWh)

2 Years ago: N/A Last year: N/A This year: 47.97




* Irregular billing period
** No data available

# Details of your new charges

Your rate: DOMESTIC
Billing period: 06/21/24 to 07/28/24 (38 days)

| | | |
|---|---|---|
| Delivery charges - *Cost to deliver your electricity* | | |
| Basic charge | 38 days x $0.03100 | $1.18 |
| Energy-Summer | | |
| Tier 1 (100% of baseline) | 733 kWh x $0.18918 | $138.67 |
| Tier 2 (101% to 400%) | 1,090 kWh x $0.28510 | $310.76 |
| Wildfire fund charge | 1,823 kWh x $0.00561 | $10.23 |
| Generation charges - *Cost to generate your electricity* | | |
| *SCE* | | |
| Energy-Summer | | |
| Tier 1 (100% of baseline) | 733 kWh x $0.13919 | $102.03 |
| Tier 2 (101% to 400%) | 1,090 kWh x $0.13919 | $151.72 |
| Other charges or credits | | |
| Fixed recovery charge | 1,823 kWh x $0.00188 | $3.43 |
| Subtotal of your new charges | | $718.02 |
| State tax | 1,823 kWh x $0.00030 | $0.55 |
| Your new charges | | $718.57 |

*Your Delivery charges include:*
- *$34.67 transmission charges*
- *$315.35 distribution charges*
- *$0.17 nuclear decommissioning charges*
- *$39.08 conservation incentive adjustment*
- *$39.10 public purpose programs charge*
- *$20.42 new system generation charge*

*Your Generation charges include:*
- *-$0.72 competition transition charge*
- *-$7.21 power charge indifference adjustment (PCIA)*

*Your overall energy charges include:*
- *$6.65 franchise fees*

*Additional information:*
- *Service voltage: 240 volts*
- *Your summer baseline allowance: 733.0 kWh*
- *High Usage Charge applies to all usage above 400% of baseline allowance.*
- *Net Surplus Compensation (NSC) option: Rollover*

# Things you should know

*Fixed Recovery Charge*

*SCE has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires. Your bill for electric service includes a Fixed Recovery Charge that has been approved by the CPUC to repay those bonds. The right to recover the Fixed Recovery Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to SCE. SCE is collecting the Fixed Recovery Charge on behalf of the Special Purpose Entity.*

*Stay in Control*

*If you're behind on payments, enrolled in a payment plan, or facing disconnection, we offer options and energy management solutions to help you stay in control of your bill and costs. Learn more at www.sce.com/billsupport.*

SOUTHERN CALIFORNIA EDISON
An EDISON INTERNATIONAL® Company

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.



# Details of your tracked charges

Your rate: DOMESTIC
Billing period: 06/21/24 to 07/28/24 (38 days)

| | | |
|---|---|---|
| Delivery charges *- Cost to deliver your electricity* | | |
| Energy-Summer | | |
| Tier 1 (100% of baseline) | 733 kWh x $0.18918 | $138.67 |
| Tier 2 (101% to 400%) | 1,090 kWh x $0.28510 | $310.76 |
| Wildfire fund charge | 1,823 kWh x $0.00561 | $10.23 |
| Generation charges *- Cost to generate your electricity* | | |
| *SCE* | | |
| Energy-Summer | | |
| Tier 1 (100% of baseline) | 733 kWh x $0.13919 | $102.03 |
| Tier 2 (101% to 400%) | 1,090 kWh x $0.13919 | $151.72 |
| Other charges or credits | | |
| Fixed recovery charge | 1,823 kWh x $0.00188 | $3.43 |
| Energy Charge Total | | $716.84 |

*Additional information regarding your Net Consumption/Generation :*
- *Net Energy Metering Month #1*
- *Your year-to-date energy generation credit as of previous month: $0.00*
- *Your current month energy generation credit: $0.00*
- *Your year-to-date energy generation credit: $0.00*
- *Your year-to-date energy billed charges: $716.84*
- *Year-to-date kWh: 1,823 kWh*

| Your Total Usage: 1,823 kWh | Tier 1 | Tier 2 | High Usage Charge |
|---|---|---|---|
| *Understanding Your Bill... Your usage for the billing period falls into Tier 2. For most customers, the price you pay increases as you use more energy. The average cost per kilowatt (kWh) in the chart to the right is based on averages. Actual prices may vary.* | 733 kWh | 1,090 kWh | 0 kWh |
| | $0.33/kWh | $0.42/kWh | $0.42/kWh |

Your Total Usage
1,823 kWh

High Usage Charge - Learn more at on.sce.com/highuse

**Attachment 14**

According to California Code of Civil Procedure Section 1174(b):

> The jury or the court, if the proceedings be tried without a jury, shall also assess the damages occasioned to the plaintiff by any forcible entry, or by any forcible or unlawful detainer, alleged in the complaint and proved on the trial, and find the amount of any rent due, if the alleged unlawful detainer be after default in the payment of rent. If the defendant is found guilty of forcible entry, or forcible or unlawful detainer, and malice is shown, the plaintiff may be awarded statutory damages of up to six hundred dollars ($600), in addition to actual damages, including rent found due. The trier of fact shall determine whether actual damages, statutory damages, or both, shall be awarded, and judgment shall be entered accordingly.

On June 28, 2024, Plaintiff and Defendant executed a Late Checkout Addendum, Amendment #8 ("Addendum") during Plaintiff's purchase of the property from Defendant. Plaintiff provided Defendant a Late Checkout License (Addendum, Paragraph 1) to use the property from the close of escrow until July 1, 2024 (Late Checkout Period), in exchange for $4,000.00 withheld from Defendant's proceeds (Addendum, Paragraph 6A). The license automatically terminated without notice or further action upon the expiration of the late checkout period (Addendum, Paragraph 7). The Addendum provides that Defendant will pay Plaintiff $750.00 per day until Defendant vacates the property (Addendum, Paragraph 3B). As of the date of the filing of this Complaint, Defendant still occupies the property.

Defendant's continued possession is malicious within the meaning of C.C.P. Section 1174(b).

**Attachment 17**

On June 28, 2024, Plaintiff and Defendant executed a Late Checkout Addendum ("Addendum") during Plaintiff's purchase of the property from Defendant. Plaintiff provided Defendant a Late Checkout License (Addendum, Paragraph 1) to use the property from the close of escrow until July 1, 2024 (Late Checkout Period), in exchange for $4,000.00 withheld from Defendant's proceeds (Addendum, Paragraph 6A). The license automatically terminated without notice or further action upon the expiration of the late checkout period (Addendum, Paragraph 7). The Addendum provides that Defendant will pay Plaintiff $750.00 per day until Defendant vacates the property (Addendum, Paragraph 3B). As of the date of the filing of this Complaint, Defendant still occupies the property.

# VERIFICATION

I, Sadara DeVonne, declare:

1. I am the Plaintiff in this action. _____

2. I am an agent of the Plaintiff in this action and I have been expressly authorized by Plaintiff to make this verification in Plaintiff's behalf. As agent for the Plaintiff in this action, I have. Better knowledge of the facts relation to this complaint than the Plaintiff. _____

3. I am one of the managing general partners of the Plaintiff General Partnership and I have been expressly authorized to make this verification on behalf of the Plaintiff. I am familiar with all of the facts relating to the complaint. For this reason, I am making this verification. _____

4. I am one of the managing general partners of the Plaintiff Limited Partnership and I have been expressly authorized to make this verification on behalf of the Plaintiff. I am familiar with all of the facts relating to this complaint. For this reason, I am making this verification. _____

5. I am the attorney for Plaintiff in this action. The plaintiff, (its corporate's officers or an authorized agent), is absent from the County of Los Angeles, where my office is located. For this reason, I am making this verification. __SD___

I have read the foregoing Plaintiff's Unlawful Detainer Complaint and know its contents. I am informed and believe, and on that ground, allege that the matters stated in it are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing. Is true and correct and if sworn as a witness. Could competently testify hereto.

Executed on September 17, 2024, Manhattan Beach, California.

______________________________
Sadara DeVonne

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Sadara DeVonne, SBN 297923
1230 Rosecrans Avenue, Suite 300, Manhattan Beach, CA 90266

TELEPHONE NO.: 310-936-2868 FAX NO. : 310-347-4411
EMAIL ADDRESS: sadara@devonnelaw.com
ATTORNEY FOR *(Name):* Opendoor Property Trust

*FOR COURT USE ONLY*
ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT
10/2/2024 1:27 PM
By: Jordyn Drake, DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**
STREET ADDRESS: 247 W. 3rd Street
MAILING ADDRESS: 247 W. 3rd Street
CITY AND ZIP CODE: San Bernardino 92415
BRANCH NAME: San Bernardino District

CASE NAME:
Opendoor Property Trust I, a Delaware Statutory Trust v. Yan Zhang

## CIVIL CASE COVER SHEET

[X] **Unlimited** (Amount demanded exceeds $35,000)
[ ] **Limited** (Amount demanded is $35,000 or less)

**Complex Case Designation**
[ ] Counter [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: LLTSB2400104
JUDGE:
DEPT.:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[X] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [X] punitive
4. Number of causes of action *(specify):* 1 (one)
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: September 17, 2024
Sadara DeVonne
(TYPE OR PRINT NAME)
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.



Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]
**CIVIL CASE COVER SHEET**
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
- Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease
    - Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
- Confession of Judgment *(non-domestic relations)*
- Sister State Judgment
- Administrative Agency Award *(not unpaid taxes)*
- Petition/Certification of Entry of Judgment on Unpaid Taxes
- Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition



For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form | Save this form | Clear this form

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA 92415
www.sb-court.org
909-708-8678

| Opendoor Property Trust I, A Delaware Statutory Trust -v- Zhang Et Al | |
|---|---|
| **NOTICE TO DEFENDANT OF FILING AN UNLAWFUL DETAINER CASE** | Case Number<br>LLTSB2400104 |

Yan Zhang

3665 Bilberry Rd.
San Bernardino, CA 92407

Pursuant to CCP 1161.2, this notice is to inform you that an Unlawful Detainer action has been filed in the Superior Court as indicated above, naming you as a party to this action. Access to the court file, index, register of actions or other record is not permitted until 60 days after the complaint is filed except: 1) to a named party or their attorney, or a person who provides the name of at least one plaintiff and one defendant, the address-including unit, space or apartment number to the premises; 2) Provides the clerk with the name of one of the parties in the action or the case number and is able to establish with proper I.D. that he/she lives at the premises or pursuant to an Ex Parte order showing of good cause therein.

NOTICE TO ANY RENTERS LIVING AT: 3665 Bilberry Rd.
San Bernardino, CA 92407

This Notice may mean that your home has been recently sold in foreclosure and the new owner plans to evict you. You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers, it may hurt your credit if you do not respond and simply move out. Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases you can respond without hurting your credit. You should ask a lawyer about it. You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

**"IMPORTANT NOTICE FROM THE STATE OF CALIFORNIA – YOU MUST TAKE ACTION TO AVOID AN EVICTION: As part of the state's COVID-19 relief plan, money has been set aside to help renters who have fallen behind on rent or utility payments. If you are behind on rent or utility payments, YOU SHOULD COMPLETE A RENTAL ASSISTANCE APPLICATION IMMEDIATELY!** It is free and simple to apply. Citizenship or immigration status does not matter. You can find out how to start your application by calling 1-833-430-2122 or visiting http://housingiskey.com right away."

HOW TO GET LEGAL HELP:
The State Bar of California certifies lawyer referral services in California and publishes a list of certified lawyer referral services organized by county. To locate a lawyer referral service in your county, go to the State Bar's internet website at www.calbar.ca.gov or call 1-866-442-2529.
If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. See the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court, the San Bernardino County Bar Association (909) 888-6791 or Legal Aid Offices (888) 455-4257 or (951) 368-2570.

By: Jordyn Drake
Deputy Clerk

---

I certify that I am not a party to this cause; that I mailed a copy of this notice on the date shown below upon the person(s) shown herein by depositing a true copy thereof in separate sealed envelopes with the postage fully prepaid, in the United States at San Bernardino.
Executed on 10/7/2024 at San Bernardino

By: Jordyn Drake
Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA 92415
www.sb-court.org
909-708-8678

| Opendoor Property Trust I, A Delaware Statutory Trust -v- Zhang Et Al | |
|---|---|
| **NOTICE TO DEFENDANT OF FILING AN UNLAWFUL DETAINER CASE** | Case Number<br>LLTSB2400104 |

All Unknown Occupants
3665 Bilberry Rd.
San Bernardino, CA 92407

Pursuant to CCP 1161.2, this notice is to inform you that an Unlawful Detainer action has been filed in the Superior Court as indicated above, naming you as a party to this action. Access to the court file, index, register of actions or other record is not permitted until 60 days after the complaint is filed except: 1) to a named party or their attorney, or a person who provides the name of at least one plaintiff and one defendant, the address-including unit, space or apartment number to the premises; 2) Provides the clerk with the name of one of the parties in the action or the case number and is able to establish with proper I.D. that he/she lives at the premises or pursuant to an Ex Parte order showing of good cause therein.

NOTICE TO ANY RENTERS LIVING AT: 3665 Bilberry Rd.
San Bernardino, CA 92407

This Notice may mean that your home has been recently sold in foreclosure and the new owner plans to evict you. You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers, it may hurt your credit if you do not respond and simply move out. Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it. You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

**"IMPORTANT NOTICE FROM THE STATE OF CALIFORNIA – YOU MUST TAKE ACTION TO AVOID AN EVICTION:** As part of the state's COVID-19 relief plan, money has been set aside to help renters who have fallen behind on rent or utility payments. **If you are behind on rent or utility payments, YOU SHOULD COMPLETE A RENTAL ASSISTANCE APPLICATION IMMEDIATELY!** It is free and simple to apply. Citizenship or immigration status does not matter. You can find out how to start your application by calling 1-833-430-2122 or visiting http://housingiskey.com right away."

HOW TO GET LEGAL HELP:
The State Bar of California certifies lawyer referral services in California and publishes a list of certified lawyer referral services organized by county. To locate a lawyer referral service in your county, go to the State Bar's internet website at www.calbar.ca.gov or call 1-866-442-2529.
If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. See the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court, the San Bernardino County Bar Association (909) 888-6791 or Legal Aid Offices (888) 455-4257 or (951) 368-2570.

By: Jordyn Drake
Deputy Clerk

---

I certify that I am not a party to this cause; that I mailed a copy of this notice on the date shown below upon the person(s) shown herein by depositing a true copy thereof in separate sealed envelopes with the postage fully prepaid, in the United States at San Bernardino.
Executed on 10/7/2024 at San Bernardino

By: Jordyn Drake
Deputy Clerk

UD-101

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| STATE BAR NUMBER: 297923<br>NAME: Sadara DeVonne<br>FIRM NAME: DeVonne Law<br>STREET ADDRESS: 1230 Rosecrans Avenue, Suite 300<br>CITY: Manhattan Beach STATE: CA ZIP CODE: 90266<br>TELEPHONE NO.: 310-936-2868 FAX NO.: 310-347-4411<br>EMAIL ADDRESS: sadara@devonnelaw.com<br>ATTORNEY FOR *(name)*: Opendoor Property Trust I, a Delaware Statutory Trust | ELECTRONICALLY FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br>10/2/2024 1:27 PM<br>By: Jordyn Drake, DEPUTY |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN BERNARDINO<br>STREET ADDRESS: 247 W. 3rd Street<br>MAILING ADDRESS: 247 W. 3rd Street<br>CITY AND ZIP CODE: San Bernardino 92415<br>BRANCH NAME: San Bernardino District | |
| PLAINTIFF: Opendoor Property Trust I, a Delaware Statutory Trust<br>DEFENDANT: Yan Zhang | |
| **PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER** | CASE NUMBER:<br>LLTSB2400104 |

*All plaintiffs in unlawful detainer proceedings must file and serve this form. Filing this form complies with the requirement in Code of Civil Procedure section 1179.01.5(c).*

- *Serve this form and any attachments to it with the summons.*
- *If a summons has already been served without this form, then serve it by mail or any other means of service authorized by law.*
- *If defendant has answered prior to service of this form, there is no requirement for defendant to respond to the supplemental allegations before trial.*

*To obtain a judgment in an unlawful detainer action for nonpayment of rent on a residential property, a plaintiff must verify that no rental assistance or other financial compensation has been received for the amount demanded in the notice or accruing afterward, and that no application is pending for such assistance. To obtain a default judgment, plaintiff must use* Verification by Landlord Regarding Rental Assistance—Unlawful Detainer *(form UD-120) to make this verification and provide other information required by statute.*

1. PLAINTIFF *(name each)*:
   Opendoor Property Trust I, a Delaware Statutory Trust

   alleges causes of action in the complaint filed in this action against DEFENDANT *(name each)*:
   Yan Zhang

2. **Statutory cover sheet allegations** (Code Civ. Proc., § 1179.01.5(c))
   a. This action seeks possession of real property that is *(check all that apply)* [x] residential [ ] commercial.
   *(If "residential" is checked, complete all remaining items that apply to this action. If only "commercial" is checked, no further items need to be completed except the signature and verification on page 2.)*
   b. This action is based, in whole or in part, on an alleged default in payment of rent or other charges. [ ] Yes [x] No

3. [x] **Statements regarding rental assistance** *(Required in all actions based on nonpayment of rent or any other financial obligation. Plaintiff must answer all the questions in this item and, if later seeking a default judgment, will also need to file* Verification Regarding Rental Assistance—Unlawful Detainer *(form UD-120).)*
   a. Has plaintiff received rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint? [ ] Yes [x] No
   b. Has plaintiff received rental assistance or other financial compensation from any other source for rent accruing *after* the date of the notice underlying the complaint? [ ] Yes [x] No
   c. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint? [ ] Yes [x] No
   d. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source for rent accruing *after* the date on the notice underlying the complaint? [ ] Yes [x] No



Form Adopted for Mandatory Use
Judicial Council of California
UD-101 [Rev. January 1, 2024]

**PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**

Code of Civil Procedure, § 1179.01 et seq.
Health and Safety Code, § 50897.3(e)
www.courts.ca.gov

UD-101

| PLAINTIFF: Opendoor Property Trust I, a Delaware Statutory Trust<br>DEFENDANT: Yan Zhang | CASE NUMBER: LLTSB2400104 |
|---|---|

4. ☐ **Other allegations** Plaintiff makes the following additional allegations: *(State any additional allegations below, with each allegation lettered in order, starting with (a), (b), (c), etc. If there is not enough space below, check the box below and use form MC-025, title it Attachment 4, and letter each allegation in order.)* ☐ Other allegations are on form MC-025.

5. ☐ Number of pages attached *(specify)*:

Date: September 17, 2024

Sadara DeVonne
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

(TYPE OR PRINT NAME)

▶
(SIGNATURE)



For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form | Save this form | Clear this form

# VERIFICATION

I, Sadara DeVonne, declare:

1. I am the Plaintiff in this action. _____

2. I am an agent of the Plaintiff in this action and I have been expressly authorized by Plaintiff to make this verification in Plaintiff's behalf. As agent for the Plaintiff in this action, I have. Better knowledge of the facts relation to this complaint than the Plaintiff. _____

3. I am one of the managing general partners of the Plaintiff General Partnership and I have been expressly authorized to make this verification on behalf of the Plaintiff. I am familiar with all of the facts relating to the complaint. For this reason, I am making this verification. _____

4. I am one of the managing general partners of the Plaintiff Limited Partnership and I have been expressly authorized to make this verification on behalf of the Plaintiff. I am familiar with all of the facts relating to this complaint. For this reason, I am making this verification. _____

5. I am the attorney for Plaintiff in this action. The plaintiff, (its corporate's officers or an authorized agent), is absent from the County of Los Angeles, where my office is located. For this reason, I am making this verification. __SD___

I have read the foregoing Plaintiff's Mandatory Cover Sheet and supplemental Allegations-Unlawful Detainer and know its contents. I am informed and believe, and on that ground, allege that the matters stated in it are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing. Is true and correct and if sworn as a witness. Could competently testify hereto.

Executed on September 17, 2024, Manhattan Beach, California.

______________________________
Sadara DeVonne

CP10.5

**NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.**

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   - **Exception:** If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| | |
|---|---|
| CLAIMANT OR CLAIMANT'S ATTORNEY (*Name and Address*): TELEPHONE NO.:<br><br>ATTORNEY FOR (*Name*): | *FOR COURT USE ONLY* |
| **NAME OF COURT:**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| Plaintiff:<br>Defendant: | |
| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER: |
| **Complete this form only if ALL of these statements are true:**<br>**1. You are NOT named in the accompanying Summons and Complaint.**<br>**2. You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)**<br>**3. You still occupy the subject premises.** | *(To be completed by the process server)*<br>DATE OF SERVICE:<br>*(Date that form is served or delivered, posted, and mailed by the officer or process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):*
2. I reside at *(street address, unit no., city and ZIP code):*

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date):* , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is in the accompanying Summons and Complaint.)*
5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.
6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.
7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.
8. I was not named in the Summons and Complaint.
9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.
10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $ or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees, I will not be entitled to make a claim of right to possession.

(Continued on reverse)

**CP10.5**

| Plaintiff: Defendant: | CASE NUMBER: |
|---|---|

11. If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice.
12. I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

**NOTICE: If you fail to file this claim, you may be evicted without further hearing.**

13. **Rental agreement.** I have *(check all that apply to you):*
    - a. ☐ an oral or written rental agreement with the landlord.
    - b. ☐ an oral or written rental agreement with a person other than the landlord.
    - c. ☐ an oral or written rental agreement with the former owner who lost the property to foreclosure.
    - d. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date:

_______________________________ (TYPE OR PRINT NAME)

▶ _______________________________ (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE if all the following are true:**

1. **You are NOT named in the accompanying Summons and Complaint.**
2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.**
3. **You still occupy the premises.**

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*



Print this form Save this form Clear this form