UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

Case No.    5:25-cv-02140-MEMF-DTB                                  Date: October 10, 2025

Title    Open Door Property Trust 1 A Delaware Statutory Trust v. Zhang et al

Present: The Honorable:    Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Order Granting Motion to Remand [Dkt. No. 10]**

Plaintiff Open Door Property Trust 1 A Delaware Statutory Trust ("Open Door") filed suit in San Bernardino County Superior Court on October 9, 2024. *See* Dkt. No. 1. Defendant Yan Zhang filed a Motion to Dismiss on January 10, 2025. *See* Dkt. No. 11 at 43-47. Zhang's Motion to Dismiss was denied on March 17, 2025. *Id.* at 49. Zhang removed the action to federal court on August 15, 2025, on the ground that the Court has subject matter jurisdiction pursuant to the diversity jurisdiction under 28 U.S.C. §§ 1332(a)(1), §1441(a). See Dkt. No. 1 ¶ 3.

Open Door filed a Motion to Remand and Request for Judicial Notice on September 15, 2025. Dkt. Nos. 10, 11. The Court has ordered the parties to maintain familiarity with the Court's Standing Orders, Dkt. No. 8, and pursuant to the Court's Standing Orders, Zhang's Opposition was due fourteen (14) days later, *see* Civil Standing Order § VIII(B). Despite this, Zhang has not filed any opposition to the Motion to Remand or Request for Judicial Notice. Zhang has not made any other filings since the Notice of Removal.

Pursuant to Local Rule 7-12, the Court "may decline to consider any memorandum or other document not filed within the deadline set by order or local rule." In addition, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ." C.D. Cal. L.R. 7-12.

The Court grants the Motion as unopposed.

**Conclusion**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:25-cv-02140-MEMF-DTB                          Date: October 10, 2025

Title      Open Door Property Trust 1 A Delaware Statutory Trust v. Zhang et al

For the foregoing reasons, the Court ORDERS as follows:

1.   The Motion is GRANTED; and
2.   The case is REMANDED to the San Bernardino County Superior Court.

**IT IS SO ORDERED.**

|                       | : |
|-----------------------|-----|
| **Initials of Preparer** | DBE |